UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JAMES DEAN WILKS, | ) | CASE NO. C07-2084-MJP-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING DEFENDANTS' |
| | ) | MOTION FOR RELIEF FROM |
| KING COUNTY, et al., | ) | DEADLINE |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This is a civil rights action brought under 42 U.S.C. § 1983. This matter comes before the Court at the present time on defendants' motion for relief from the deadline for submission of the joint pretrial statement. The Court, having reviewed defendants' motion, and the balance of the record, does hereby ORDER as follows:

(1) Defendants' motion for relief from the deadline for submission of the joint pretrial statement (Dkt. No. 21) is GRANTED. The joint pretrial statement filing deadline is STRICKEN. The deadline will be re-set after the Court rules on defendants' pending motion for partial summary judgment.

(2) The Clerk is directed to send copies of this Order to plaintiff, to counsel for

ORDER GRANTING DEFENDANTS'
MOTION FOR RELIEF FROM DEADLINE
PAGE -1

01 defendants, and to the Honorable Marsha J. Pechman.

02 DATED this 19th day of November, 2008.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR RELIEF FROM DEADLINE
PAGE -2